UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>        Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY PROBATION<br>DEPARTMENT, et al.,<br><br>        Defendants. | ) 1:06-cv-1111-AWI-SMS<br>)<br>) ORDER RE: FINDINGS AND<br>) RECOMMENDATION TO DISMISS<br>) PLAINTIFF'S FIRST AMENDED<br>) COMPLAINT WITHOUT LEAVE TO AMEND<br>) (DOCS. 5, 7)<br>)<br>)<br>)<br>)<br>) |

    Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    On November 2, 2006, the Magistrate Judge filed findings and a recommendation that the Court dismiss Plaintiff's complaint without leave to amend because it failed to state a claim. Plaintiff was granted thirty days within which to file objections. The findings and recommendation were served on all parties on November 2, 2006.

    On December 5, 2006, Plaintiff filed timely objections to

1

1 the findings and recommendations. The undersigned has considered
2 the objections and has determined there is no need to modify the
3 findings and recommendations based on the points raised in the
4 objections.

5     In accordance with the provisions of 28 U.S.C. § 636
6 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
7 452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
8 review of the case. Having carefully reviewed the entire file,
9 the Court finds that the findings and recommendation are
10 supported by the record and proper analysis.  As explained by
11 the Magistrate Judge, one may not bring an action for civil
12 rights damages under 42 U.S.C.  § 1983 for a wrongful conviction,
13 incarceration, or for other harm caused by actions whose
14 unlawfulness would render a conviction or sentence invalid unless
15 that conviction or sentence has been determined to be wrongful.
16 <u>Heck v. Humphrey</u>, 512 U.S. 477, 486-87 (1994).

17     Accordingly, IT IS HEREBY ORDERED that:

18     1. The findings and recommendations filed November 2, 2006,
19 are ADOPTED IN FULL; and

20     2. The action IS DISMISSED for failure to state a claim upon
21 which relief may be granted; and

22     3. The Clerk of Court IS DIRECTED to close this action
23 because this order terminates the action in its entirety.

25 IT IS SO ORDERED.

26 **Dated:   December 18, 2006**           /s/ Anthony W. Ishii
    0m8i78                              UNITED STATES DISTRICT JUDGE

2